The Honorable Sharon Keller
Presiding Judge of The
Texas Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308
Austin, Texas 78711

60,914-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Dear Judge Keller,

On, 12-17-04 I Filed a writ of Habeas Corpus Challenging the legality of the charging instrument, and my conviction thereon. Based on the trial Courts' recommendation this Court denied all claim's raised.

However, it has since been discovered that the charging instrument under Cause Number 20,934-A is not in the trial Courts' records. The reason is that the Charging instrument in that Cause was dismissed as an Aggravated Robbery Charge January 2nd 2003, terminating the Courts' jurisdiction and dismissing prosecution. The record does not show a reindictment process, and there is no Fact of presentment entered of record, as required by The Texas Code of Criminal Procedure's article 20.22.

This obviously being the Case, the trial court improperly reasserted its jurisdiction without the authority of the Texas Constitution article 5 section 12(b). A recommendation that this Court deny claims raised in a writ of Habeas Corpus Conceals' that Fact, and any judicial review would be all too revealing.

1.

I have attached a document Consisting of all the events that took place in this Case. This document gives an accurate account of the trial courts record. Worthy of Note, is the status of the changing instrument January 2, 2003. As indicated on this document, there was no Felony indictment entered upon the record of the Court.

Judge Keller, the purpose of this letter is to alert the courts' awareness that deception underlines my conviction, and makes this Case worthy of review. Of which, I am hopeful.

Any Consideration in this matter will be greatly appreciated

Sincerely,

Benny E. Hunter

dated Jan. 7th 2015

2.

Cause: 05-20934A-01010 (32791)               Court    : 42nd Judicial District C
Style: Benny Earl Hunter                      File date: 01/02/2003 (363 days)
Off. : Robbery                                Attorney : Watson, Michael B.

| | Date | Event | Memo | Volume | Page |
|---|---|---|---|---|---|
| 1. | 12/29/03 | — SUBPOENA RETURNED/UNSERVED (5) | Yes ✓ | | |
| 2. | 12/17/03 | JAILTIME DATA | No | | |
| 3. | 12/12/03 | TRIAL COURT'S CERTIFICATION OF | No | MCR8 | 181 |
| 4. | 12/12/03 | STIPULATION OF EVIDENCE | No ✓ OR WAIVER | MCR8 | 178 |
| 5. | 12/12/03 | PLEA ADMONISHMENTS | No ✓ | MCR8 | 179 |
| 6. | 12/12/03 | — SUBPOENA RETURNED/SERVED (4) | Yes | | |
| 7. | 12/12/03 | JUDGMENT AND SENTENCE | No ✓ | MCR8 | 180 |
| 8. | 12/12/03 | DOCKET SHEET | No ✓ | | |
| 9. | 12/11/03 | LETTER | Yes | | |
| 10. | 12/11/03 | INMATE CORRESPONDENCE | Yes | | |
| 11. | 12/09/03 | MOTION TO QUASH | Yes ✓ | | |
| 12. | 12/09/03 | — SUBPOENA RETURNED/UNSERVED (3) | Yes ✓ | | |
| 13. | 12/09/03 | — SUBPOENA RETURNED/SERVED (2) | Yes | | |

____ View 1 / TAB to select _____ Page 1 of 2 ____ OVR ____

Selection:  10

F1-Exit   F2-Add          F4-Setup          F6-Scan          F8-Next

Cause: 05-20934A-01010 (32791)               Court    : 42nd Judicial District C
Style: Benny Earl Hunter                      File date: 01/02/2003 (363 days)
Off. : Robbery                                Attorney : Watson, Michael B.

| | Date | Event | Memo | Volume | Page |
|---|---|---|---|---|---|
| 1. | 12/09/03 | — SUBPOENA RETURNED/SERVED (1) | Yes | | |
| 2. | 12/08/03 | Application for Subpoena | Yes | | |
| 3. | 12/08/03 | STATE'S RESPONSE TO DEFENDANT | Yes ✓ | | |
| 4. | 12/05/03 | STATE'S RESPONSE TO DEFENDANT | Yes ✓ | | |
| 5. | 12/03/03 | — MOTION TO QUASH | Yes ✓ | | |
| 6. | 12/02/03 | MISCELLANEOUS | Yes ✓ | | |
| 7. | 12/02/03 | MOTION IN LIMINE | Yes ✓ | | |
| 8. | 12/02/03 | MOTION IN LIMINE | Yes ✓ | | |
| 9. | 02/10/03 | DISCOVERY ORDER | No ✓ | 75 | 2007 |
| 10. | 02/05/03 | — WAIVER OF ARRAIGNMENT | No | | |
| 11. | 01/06/03 | — NOTICE SERVE INDICTMENT ✓ | Yes | | |
| 12. | 01/02/03 | —NOTICE SERVE INDICTMENT | Yes | | |
| 13. | 01/02/03 | FELONY INDICTMENT | No | | |

____ View 1 / TAB to select _____ Page 2 of 2 ____ OVR ____

Selection:  2

F1-Exit   F2-Add          F4-Setup          F6-Scan   F7-Prev